IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ELECTRIC INSURANCE COMPANY,

       Plaintiff,

    vs.                              Case No. 11-cv-929

CLARENCE ELGIN and ALEXIS SHOPE,

       Defendants.

## **JUDGMENT**

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Electric Insurance Company and against defendants Clarence Elgin and Alexis Shope; and

IT IS FURTHER DECLARED that

Electric Insurance Company is not legally or contractually obligated to defend or indemnify Clarence Elgin from any claims alleged arising out of the injury of Alexis Shope, including but not limited to any and all claims arising out of the lawsuit and causes of action alleged in Cause No. 11-L-30, filed in the Circuit Court of Jefferson County, Illinois.  The terms, conditions and exclusions of the Electric Policy preclude any coverage for any liability for the injuries and damages alleged in Cause No. 11-L-30.

**DATED:**  August 27, 2012              **NANCY J. ROSENSTENGEL, Clerk of Court**

                                         **By:** s/Brenda K. Lowe, Deputy Clerk

Approv**ed:**     s/ J. Phil Gilbert
             **J. PHIL GILBERT**
             **DISTRICT JUDGE**